# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SACR 03-00189-CJC<br>SACR 03-00206-CJC | Date: May 9, 2008 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Michelle Urie | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Hector Rodrigo Soto, Pro Se | Not | X | | None | | | |

**Proceedings:** (IN CHAMBERS) ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RESTITUTION PURSUANT TO 18:3664(K) (fld 2/11/08)

Defendant's motion to modify restitution pursuant to 18:3664(K) is GRANTED. Defendant's supervised release is modified as follows: Unless financial conditions change, the defendant shall pay a maximum of $25 per quarter, half to be credited to restitution and half to special assessment. Upon completion of payment of special assessment, the entire $25 per quarter is to be credited toward restitution.

| | : | 0 |
|---|---|---|
| | Initials of Deputy Clerk | MU |

cc: BOP
    USM-SA
    USPO-SA
    FISCAL
    PSA-SA